# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JONES, | Case No.: 18cv2224 CAB (AGS) |
| Petitioner, | |
| v. | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE** |
| RAYMOND MADDEN, Warden, et al., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a motion to proceed in forma pauperis.

The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). The current petition is duplicative of a petition Petitioner filed in case no. 18cv2173 LAB (AGS). Petitioner has until November 30, 2018 to take action in that case, and thus Petitioner is advised to pursue his claims via case no. 18cv2173 LAB (AGS). Accordingly, the Court **DISMISSES** this case as

///
///
///

1

duplicative of case no. 18cv2173 LAB (AGS).  The motion to proceed in forma pauperis is **DENIED** as moot.  The Clerk will close the file.

Dated:  October 1, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge